UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

JEFFREY (JEFF) A. WHITE )
Plaintiff )
)
vs. ) Case No. _____
U.S. CONGRESS )
Defendant )
)

## AFFIDAVIT OF FINANCIAL STATUS

I, JEFFREY (JEFF) A. WHITE, declare that I am the plaintiff in this case, that because of my poverty I am unable to pay the costs of these proceedings, and that I believe I am entitled to relief.

I further swear that the responses which I have made to the questions below and the information I have given relating to my ability to pay the costs of commencing and prosecuting this action are true.

I.  **MARITAL STATUS AND PERSONAL DATA**

   A. Single: ☐   Married: ☐   Separated: ☐   Divorced: ☐   WIDOWED ☒

   B. Name of Spouse_____

   C. Age of plaintiff, petitioner or complainant:_____

   D. Age of spouse:_____

   E. Address of plaintiff, petitioner or complainant:
      311 E. CHERRY ST    CHRISTIAN COUNTY
      NIXA, MO 65714
      Telephone: 417-239-5649

   F. Address of spouse: _____
      Telephone:_____

G.  State name or names of dependents who live with you, their age, address, relationship, and how much of their monthly support you provide:

II. **EMPLOYMENT**

   A.  Name of employer:_____

   Address of employer:_____

   Employer's telephone:_____ Length of employment:_____

   Job title or description:_____

   Net Income:       Monthly $_____      Weekly $_____

   Gross Income:     Monthly $_____      Weekly $_____

   Does employer provide health insurance:   Yes ☐   No ☐

   If employer provides health insurance, describe coverage:_____

   B.  Previous employment (Answer only if presently unemployed).

   Name of employer:_____

   Address of employer:_____

   Employer's telephone:_____ Length of employment:_____

   Job title or description:_____

   Net Income:       Monthly $_____      Weekly $_____

   Gross Income:     Monthly $_____      Weekly $_____

   C.  Employment of spouse:

   Name of employer:_____

Page 2

Case 6:22-cv-03133-SRB    Document 1-1    Filed 05/20/22    Page 2 of 6

Address of employer:_____

Employer's telephone:_____ Length of employment:_____

Job title or description:_____

Net Income:      Monthly $_____    Weekly $_____

Gross Income:    Monthly $_____    Weekly $_____

III. **FINANCIAL STATUS**
(Answer questions on behalf of both the plaintiff, petitioner or complainant and spouse).

A. Owner of real property?   Yes ☒   No ☐

If yes - Description: SINGLE DWELLING HOUSE
Address: 311 E CHERRY ST
         NIXA, MO 65714
In whose name? JEFFREY A. WHITE
Estimated value: $110,000
Total amount owed: $38,000
Owed to: HELOC      BLU CARRENT CREDIT UNION
Annual income from property: $0

B. Owner of automobile:   Yes ☒   No ☐

If yes - Number of automobiles owned: 2
Make FORD   Model E-150 VAN   Year 2002
Make CHEVY  Model COBALT      Year 2008
In whose name registered? JEFF WHITE
Present value: FORD $500   CHEVY $300
Amount owed on the automobile(s): $0
Owed to:_____
Monthly payment(s):_____

Page 3

C. Cash on hand: (Include checking and savings accounts)

$ <$100

List names and addresses of banks and associations: BCU CURRENT
CREDIT UNION
Please do not state account numbers: NIXA, MO

D. Have you received within the past 12 months any money from any of the following sources:

|  | Yes | No |
|---|---|---|
| Rent payments, interest or dividends: | ☐ | ☒ |
| Pensions, trust funds, annuities or life insurance payments? | ☐ | ☒ |
| Gifts or inheritances? | ☐ | ☒ |
| Welfare payments? | ☐ | ☒ |
| ADC or other governmental child support? | ☐ | ☒ |
| Unemployment benefits? | ☐ | ☒ |
| Social Security benefits? | ☒ | ☐ |
| Other sources? VA DISABILITY | ☒ | ☐ |

E. If the answer to any item in D above was "Yes", describe each source of money and state the amount received from each during the past 12 months:

SSD        10,832.00
VA         1,772.18

IV. **OBLIGATIONS**

A. Monthly rental on house or apartment: X

B. Monthly mortgage payments on house: $500    HELOC

Amount of equity in house: $70,000

Page 4

C. Monthly mortgage payments on other properties: $ ✗

Amount of equity in other properties: $ ✗

D. Household expenses:

Monthly grocery expense: $100

Monthly utilities:

Gas: ⎫
Electric: ⎬ $115.00
Water: ⎭
Other: (Specify) SEWER, TRASH

E. Other debts and miscellaneous monthly expenses:

| To whom owed and for what reason incurred? | Monthly Payments | Balance Due |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**V. OTHER INFORMATION PERTINENT TO FINANCIAL STATUS**
(Include information regarding stocks, bonds, savings bonds, either individually or jointly owned).

Page 5

I understand that a false statement or answer to any question in this affidavit will subject me to penalties of perjury.

_____
Signature of Plaintiff

## VERIFICATION

State of  _Missouri_  )
                      )
County of _Christian_ )

I, being first duly sworn under oath, state that I know the contents of this affidavit and that the information contained in the affidavit is true to the best of my knowledge and belief.

_____
Signature of Plaintiff or Plaintiffs

**All parties must verify**

SUBSCRIBED AND SWORN TO before me this _19th_ day of _May_, 20_22_

_Maison Pryer_
Notary Public

_February 8, 2025_
My Commission Expires

> MAISON PRYER
> NOTARY PUBLIC - NOTARY SEAL
> STATE OF MISSOURI
> MY COMMISSION EXPIRES FEBRUARY 8, 2025
> CHRISTIAN COUNTY
> COMMISSION #21397582