| | |
|---|---|
| JEFFREY A. WHITE | ) |
|    Plaintiff | ) |
|    v. | ) Case No. 22-CV-03133-SRB |
| U.S. CONGRESS | ) |
|    Defendant | ) |

First Reply

Honorable Stephen R. Bough,

Thank you for your quick response.

In reference to Libertarian Party v. Bond, 764 F.3d 538, 542 (8th Cir. 1985)...

    This has no bearing on my case as it does not solve the problem I am having with the separation of parties onto different ballots during a primary election. Enclosed, I have copies of 6(six) ballots from the Missouri Primary election dated August 4, 2020. As you can see, the Constitutional Party ballot only has 1(one) person running, for secretary of state. Had I chosen this ballot, I would have not been allowed to vote for governor or any other person during this election.

    Also, the part about writing in a candidate is not available on any of the ballots, thus further restricting my ability to vote for someone in any party other than the one on the ballot I have chosen.

    I understand that I am not stating that I belong to a party by selecting a party's ballot during a primary, but, in a sense I am by only being able to choose a single ballot that has only 1(one) party on it (or no party and not voting for any person at all), thus my mental anguish.

    The members of the U.S. Congress has allowed the individual states flexibility in governing voting laws and regulations, yet has not stopped this type of practice.

    I understand that I am allowed to ask you to appoint legal council for me at no cost to me, and I so ask that you do so.

    I cannot locate the file/case of Lindstedt v. Baum, 141 F.3d 1169 (8th Cir. 1998) that you cited in your response or the constitutionality of said primary election practices.

    If I am reading the case of F.D.I.C. v. Meyer, 510 U.S. 471, 475 (1994), I am not allowed to sue the U.S. Congress directly, yet am allowed to sue each of its members. By changing my file to read Members of the U.S. Congress as defendants instead of what I originally filed as U.S. Congress should resolve the issue of not suing the U.S. government.

I appreciate that you have granted me the ability to file without prepayment of fees due to my financial situation. As I am not working for anyone (%100 disabled SSD), I withdraw my request for leave to file action without payment of fees.

I would like to include my phone number should anyone decide to contact me in that manner. I am not comfortable using e-mail when dealing with important matters or documents. If you, however feel the need to use that type of service, feel free to contact me and I would be willing to give you one.

Jeffrey A. White

311 E. Cherry St.

Nixa, Mo. 65714

(417) 239-5649

# OFFICIAL BALLOT
# CONSTITUTION PARTY
PRIMARY ELECTION - AUGUST 4, 2020
CHRISTIAN COUNTY, MISSOURI

2

## INSTRUCTIONS TO VOTERS

-Use only blue or black ink.
-Fill in the target next to your choice like this: ▩
-If you are in favor of any question submitted on this ballot, darken the target to the left of the word "YES".
-If you are opposed to any question submitted on this ballot, darken the target to the left of the word "NO".
-If you tear, deface, or make a mistake and wrongfully mark any ballot, you must return it to the election judges and receive a new ballot.

### FOR SECRETARY OF STATE
Vote For One

PAUL VENABLE

### CONSTITUTIONAL AMENDMENT NO. 2

*Proposed by Initiative Petition*

Do you want to amend the Missouri Constitution to:

- adopt Medicaid Expansion for persons 19 to 64 years old with an income level at or below 133% of the federal poverty level, as set forth in the Affordable Care Act;
- prohibit placing greater or additional burdens on eligibility or enrollment standards, methodologies or practices on persons covered under Medicaid Expansion than on any other population eligible for Medicaid; and
- require state agencies to take all actions necessary to maximize federal financial participation in funding medical assistance under Medicaid Expansion?

State government entities are estimated to have one-time costs of approximately $6.4 million and an unknown annual net fiscal impact by 2026 ranging from increased costs of at least $200 million to savings of $1 billion. Local governments expect costs to decrease by an unknown amount.

YES

NO



OFFICIAL BALLOT
# GREEN PARTY
PRIMARY ELECTION - AUGUST 4, 2020
CHRISTIAN COUNTY, MISSOURI


JUDGES' INITIALS

**1**

## INSTRUCTIONS TO VOTERS

- Use only blue or black ink.
- Fill in the target next to your choice like this: ▮
- If you are in favor of any question submitted on this ballot, darken the target to the left of the word "YES".
- If you are opposed to any question submitted on this ballot, darken the target to the left of the word "NO".
- If you tear, deface, or make a mistake and wrongfully mark any ballot, you must return it to the election judges and receive a new ballot.

### FOR GOVERNOR
Vote For One

JEROME HOWARD BAUER

### FOR LIEUTENANT GOVERNOR
Vote For One

KELLEY DRAGOO

### FOR SECRETARY OF STATE
Vote For One

PAUL LEHMANN

### FOR STATE TREASURER
Vote For One

JOSEPH CIVETTINI

### CONSTITUTIONAL AMENDMENT NO. 2

*Proposed by Initiative Petition*

Do you want to amend the Missouri Constitution to:

- adopt Medicaid Expansion for persons 19 to 64 years old with an income level at or below 133% of the federal poverty level, as set forth in the Affordable Care Act;
- prohibit placing greater or additional burdens on eligibility or enrollment standards, methodologies or practices on persons covered under Medicaid Expansion than on any other population eligible for Medicaid; and
- require state agencies to take all actions necessary to maximize federal financial participation in funding medical assistance under Medicaid Expansion?

State government entities are estimated to have one-time costs of approximately $6.4 million and an unknown annual net fiscal impact by 2026 ranging from increased costs of at least $200 million to savings of $1 billion. Local governments expect costs to decrease by an unknown amount.

| YES |
| NO |

Case 6:22-cv-03133-SRB   Document 3   Filed 06/01/22   Page 4 of 9


JUDGES' INITIALS

# OFFICIAL BALLOT
# REPUBLICAN PARTY
PRIMARY ELECTION - AUGUST 4, 2020
CHRISTIAN COUNTY, MISSOURI

14

## INSTRUCTIONS TO VOTERS

- Use only blue or black ink.
- Fill in the target next to your choice like this: ■
- If you are in favor of any question submitted on this ballot, darken the target to the left of the word "YES".
- If you are opposed to any question submitted on this ballot, darken the target to the left of the word "NO".
- If you tear, deface, or make a mistake and wrongfully mark any ballot, you must return it to the election judges and receive a new ballot.

### FOR GOVERNOR
Vote For One
- RALEIGH RITTER
- MIKE PARSON
- JAMES W. (JIM) NEELY
- SAUNDRA McDOWELL

### FOR LIEUTENANT GOVERNOR
Vote For One
- ARNIE C. AC DIENOFF
- MIKE KEHOE
- AARON T WISDOM
- MIKE CARTER

### FOR SECRETARY OF STATE
Vote For One
- JOHN R. (JAY) ASHCROFT

### FOR STATE TREASURER
Vote For One
- SCOTT FITZPATRICK

### FOR ATTORNEY GENERAL
Vote For One
- ERIC SCHMITT

### FOR UNITED STATES REPRESENTATIVE DISTRICT 7
Vote For One
- ERIC HARLEMAN
- KEVIN VanSTORY
- STEVE CHENTNIK
- BILLY LONG
- CAMILLE LOMBARDI-OLIVE

### FOR STATE REPRESENTATIVE DISTRICT 139
Vote For One
- JERED TAYLOR

### FOR WESTERN COMMISSIONER
Vote For One
- HOSEA BILYEU

### FOR SHERIFF
Vote For One
- BRAD COLE

### FOR ASSESSOR
Vote For One
- DANNY GRAY

### FOR TREASURER
Vote For One
- KAREN MATTHEWS
- AARON JOHNS

### FOR CORONER
Vote For One
- MANDI YODER-ARMITAGE

### FOR PUBLIC ADMINISTRATOR
Vote For One
- KEN DAVIS

### CONSTITUTIONAL AMENDMENT NO. 2

*Proposed by Initiative Petition*

Do you want to amend the Missouri Constitution to:

- adopt Medicaid Expansion for persons 19 to 64 years old with an income level at or below 133% of the federal poverty level, as set forth in the Affordable Care Act;
- prohibit placing greater or additional burdens on eligibility or enrollment standards, methodologies or practices on persons covered under Medicaid Expansion than on any other population eligible for Medicaid; and
- require state agencies to take all actions necessary to maximize federal financial participation in funding medical assistance under Medicaid Expansion?

State government entities are estimated to have one-time costs of approximately $6.4 million and an unknown annual net fiscal impact by 2026 ranging from increased costs of at least $200 million to savings of $1 billion. Local governments expect costs to decrease by an unknown amount.

- YES
- NO



JUDGES' INITIALS

# OFFICIAL BALLOT
## DEMOCRATIC PARTY
PRIMARY ELECTION - AUGUST 4, 2020
CHRISTIAN COUNTY, MISSOURI

13

### INSTRUCTIONS TO VOTERS

- Use only blue or black ink.
- Fill in the target next to your choice like this: ▪
- If you are in favor of any question submitted on this ballot, darken the target to the left of the word "YES".
- If you are opposed to any question submitted on this ballot, darken the target to the left of the word "NO".
- If you tear, deface, or make a mistake and wrongfully mark any ballot, you must return it to the election judges and receive a new ballot.

### FOR GOVERNOR
Vote For One

- NICOLE GALLOWAY
- JIMMIE MATTHEWS
- ANTOIN JOHNSON
- ERIC MORRISON
- ROBIN JOHN DANIEL VAN QUAETHEM

### FOR LIEUTENANT GOVERNOR
Vote For One

- GREGORY A UPCHURCH
- ALISSIA CANADY

### FOR SECRETARY OF STATE
Vote For One

- YINKA FALETI

### FOR STATE TREASURER
Vote For One

- VICKI LORENZ ENGLUND

### FOR ATTORNEY GENERAL
Vote For One

- RICH FINNERAN
- ELAD GROSS

### FOR UNITED STATES REPRESENTATIVE DISTRICT 7
Vote For One

- TERESA MONTSENY

### FOR STATE REPRESENTATIVE DISTRICT 139
Vote For One

- DARLENE GRAHAM

### CONSTITUTIONAL AMENDMENT NO. 2

*Proposed by Initiative Petition*

Do you want to amend the Missouri Constitution to:

- adopt Medicaid Expansion for persons 19 to 64 years old with an income level at or below 133% of the federal poverty level, as set forth in the Affordable Care Act;
- prohibit placing greater or additional burdens on eligibility or enrollment standards, methodologies or practices on persons covered under Medicaid Expansion than on any other population eligible for Medicaid; and
- require state agencies to take all actions necessary to maximize federal financial participation in funding medical assistance under Medicaid Expansion?

State government entities are estimated to have one-time costs of approximately $6.4 million and an unknown annual net fiscal impact by 2026 ranging from increased costs of at least $200 million to savings of $1 billion. Local governments expect costs to decrease by an unknown amount.

- YES
- NO



JUDGES' INITIALS

## OFFICIAL BALLOT
## LIBERTARIAN PARTY
PRIMARY ELECTION - AUGUST 4, 2020
CHRISTIAN COUNTY, MISSOURI

3

### INSTRUCTIONS TO VOTERS

- Use only blue or black ink.
- Fill in the target next to your choice like this: ▆
- If you are in favor of any question submitted on this ballot, darken the target to the left of the word "YES".
- If you are opposed to any question submitted on this ballot, darken the target to the left of the word "NO".
- If you tear, deface, or make a mistake and wrongfully mark any ballot, you must return it to the election judges and receive a new ballot.

### FOR GOVERNOR
Vote For One

RIK COMBS

### FOR LIEUTENANT GOVERNOR
Vote For One

BILL SLANTZ

### FOR SECRETARY OF STATE
Vote For One

CARL HERMAN FREESE

### FOR STATE TREASURER
Vote For One

NICHOLAS (NICK) KASOFF

### FOR ATTORNEY GENERAL
Vote For One

KEVIN C BABCOCK

### FOR UNITED STATES REPRESENTATIVE DISTRICT 7
Vote For One

KEVIN CRAIG

### CONSTITUTIONAL AMENDMENT NO. 2

*Proposed by Initiative Petition*

Do you want to amend the Missouri Constitution to:

- adopt Medicaid Expansion for persons 19 to 64 years old with an income level at or below 133% of the federal poverty level, as set forth in the Affordable Care Act;
- prohibit placing greater or additional burdens on eligibility or enrollment standards, methodologies or practices on persons covered under Medicaid Expansion than on any other population eligible for Medicaid; and
- require state agencies to take all actions necessary to maximize federal financial participation in funding medical assistance under Medicaid Expansion?

State government entities are estimated to have one-time costs of approximately $6.4 million and an unknown annual net fiscal impact by 2026 ranging from increased costs of at least $200 million to savings of $1 billion. Local governments expect costs to decrease by an unknown amount.

YES

NO

Case 6:22-cv-03133-SRB    Document 3    Filed 06/01/22    Page 7 of 9



JUDGES' INITIALS

OFFICIAL BALLOT
## Non-Partisan
PRIMARY ELECTION - AUGUST 4, 2020
CHRISTIAN COUNTY, MISSOURI

6

**INSTRUCTIONS TO VOTERS**

- Use only blue or black ink.
- Fill in the target next to your choice like this:
- If you are in favor of any question submitted on this ballot, darken the target to the left of the word "YES".
- If you are opposed to any question submitted on this ballot, darken the target to the left of the word "NO".
- If you tear, deface, or make a mistake and wrongfully mark any ballot, you must return it to the election judges and receive a new ballot.

**CONSTITUTIONAL AMENDMENT NO. 2**

*Proposed by Initiative Petition*

Do you want to amend the Missouri Constitution to:

- adopt Medicaid Expansion for persons 19 to 64 years old with an income level at or below 133% of the federal poverty level, as set forth in the Affordable Care Act;
- prohibit placing greater or additional burdens on eligibility or enrollment standards, methodologies or practices on persons covered under Medicaid Expansion than on any other population eligible for Medicaid; and
- require state agencies to take all actions necessary to maximize federal financial participation in funding medical assistance under Medicaid Expansion?

State government entities are estimated to have one-time costs of approximately $6.4 million and an unknown annual net fiscal impact by 2026 ranging from increased costs of at least $200 million to savings of $1 billion. Local governments expect costs to decrease by an unknown amount.

| YES |
| NO |

Case 6:22-cv-03133-SRB   Document 3   Filed 06/01/22   Page 8 of 9

Jeffrey A White
311 E Cherry St
Nixa, MO 65714-9294

HONORABLE STEPHEN R. BOUGH
CHARLES EVANS WHITTAKER COURTHOUSE
400 E 9TH STREET
KANSAS CITY MO 64106

SPRINGFIELD
27 MAY 2022 PM 2 L

64106-260799